UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STAN SNIFF, et al.,<br><br>　　　　　　Defendants. | Case No. 5:18-cv-02293-JLS (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge ("R&R").  Plaintiff did not file objections to the R&R.  Plaintiff instead filed a "Motion to Clarify Judge's Ruling" and a "Motion for Order of Contempt."  Electronic Case Filing Numbers ("ECF Nos.") 45-46.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that:

(1) The findings in the R&R are ADOPTED;

(2) Plaintiff's § 1983 official capacity claims against all Individual Defendants are DISMISSED WITH PREJUDICE and without leave to amend;

(3)  Plaintiff's access to the courts claim is DISMISSED WITH PREJUDICE; and

(4) Plaintiff's claims against Defendants Sniff, Lewis, Vergara, Leavitt, Taylor, Marshall, McNamara, Wilhite, Benjamin, Folia, Garcia, Gutierrez, Mooney, Johnson, Davalos, Pendleton, Zarillo, Montgomery, Hallam, Garcia, Doshier, Young, and Doe Defendants are DISMISSED WITH PREJUDICE and without leave to amend.

The Court will issue a separate order regarding service of the remaining claims.

Dated:  May 21, 2020

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge